IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dale G. Becker, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:07cv511 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Clermont County Prosecutor, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 29, 2010 a Report and Recommendations (Doc. 36).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 40) and defendants filed a response to the objections (Doc. 42).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 32) is **GRANTED;** plaintiff's complaint (Doc. 3) is **DISMISSED** and this case is **TERMINATED** on the docket of this Court.

The Court certifies pursuant to 28 U.S.C. § 1915 (a) (3) that an appeal of this Court's

Order will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114F.3d 601 (6th Cir. 1997).

       IT IS SO ORDERED.

                                                         ___s/Susan J. Dlott_____  
                                                         Chief Judge Susan J. Dlott  
                                                         United States District Court